UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

REBECCA THORNOCK,
Plaintiff,

v.

INTERNAL REVENUE SERVICE, U.S. DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF MANAGEMENT AND BUDGET, DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE), and Douglas O'Donnell, Russell Vought, Scott Bessent, Steve Davis, Charles Ezell, and Elon Musk in their official capacities.
CASE NO: [Insert Case Number Upon Filing]

UPDATED SUMMONS LIST WITH PROPER ADDRESSES

Pursuant to Federal Rule of Civil Procedure 4(i), Plaintiff submits the following updated addresses for service of process on all named defendants.

**Defendants & Service Addresses:**

**United States Attorney's Office (Required for Federal Defendants)**
U.S. Attorney's Office – Eastern District of Virginia
919 E Main St, Suite 1900
Richmond, VA 23219

**Attorney General of the United States (Required for Federal Defendants)**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**Internal Revenue Service (IRS)**
Commissioner of Internal Revenue
Internal Revenue Service
1111 Constitution Ave NW
Washington, DC 20224

**U.S. Department of the Treasury**
Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

**Office of Personnel Management (OPM)**
Director of OPM
Office of Personnel Management
1900 E Street NW
Washington, DC 20415

**Office of Management and Budget (OMB)**
Director of OMB
Office of Management and Budget
725 17th Street NW
Washington, DC 20503

**Department of Government Efficiency (DOGE)**
Eisenhower Executive Office Building
1650 Pennsylvania Avenue NW
Washington, DC 20500

**Douglas O'Donnell (Acting IRS Commissioner)**
Internal Revenue Service
1111 Constitution Ave NW
Washington, DC 20224

**Russell Vought (Director of OMB)**
Office of Management and Budget
725 17th Street NW
Washington, DC 20503

**Scott Bessent (Secretary of the Treasury)**
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, DC 20220

**Steve Davis (Department of Government Efficiency, alongside Elon Musk)**
Department of Government Efficiency (DOGE)
Eisenhower Executive Office Building

1650 Pennsylvania Avenue NW
Washington, DC 20500

**Charles Ezell (Director of OPM)**
Office of Personnel Management
1900 E Street NW
Washington, DC 20415

**Elon Musk (Head of the Department of Government Efficiency)**
Department of Government Efficiency (DOGE)
Eisenhower Executive Office Building
1650 Pennsylvania Avenue NW
Washington, DC 20500