

# U.S. District Court

## Virginia Eastern - Richmond

Receipt Date: Feb 21, 2025 10:35AM

REBECCA THORNOCK

| Rcpt. No: 300006364 | | Trans. Date: Feb 21, 2025 10:35AM | | Cashier ID: #LG (3376) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 201B* | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1054 | 02/20/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** CIVIL FILING FEE 3:25CV134

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.