EXHIBIT A

**Thornock Rebecca J**

___

**From:** McDonald Ryan P
**Sent:** Wednesday, February 19, 2025 2:14 PM
**To:** Thornock Rebecca J
**Cc:** Tidline Sheila E
**Subject:** Report to Office

Dear Rebecca Thornock,

We're asking you to come into the office tomorrow, Thursday, February 20. When you come in, please bring any government-issued equipment, PIV and access cards, pocket commissions, travel cards and parking permit. Ensure all taxpayer case files and records are also brought into the office.

We understand that coming in on short notice may be an inconvenience, and we truly appreciate your flexibility. If you have any scheduling conflicts, please reach out to your manager as soon as possible so we can work with you.

Thank you for your cooperation.

*Ryan McDonald*
EP Exam Mid Atlantic Program Manager
550 Main St. Cincinnati, OH 45202
513-623-1199 – Mobile
513-975-6470 – Office

1