| | |
|---|---|
| **To:** | Westin Christie; Whaley Robert E; Whealton Allen W; Whitaker Jessica S; White Asia C L; White Karen; White Samuel A II; White Sharon M; WHITFIELD JASMINE E; Whitlock Christina A; Whitmore Craig L; Wiles Yunhee J; Wiley Carolyn E; Williams Kaitlin R; Williams Kana L; Willis Nichole D; Wilson Maurice L; Wilson-Pinchback Simone L; Wingfield Jacqueline R; Winston Lydia H; Wolff Jackson; Wolff-Lagor Stephanie N; Wood Oliver; Woolridge Velvia B; Wright Michelle T; Wu Yanna; Wyatt Anneliese; Yallayi Lalitha M; Yondontsoo Uyanga; Yu Nayoung K; Zhou Jean; Zoellner Jeffrey; Zou Michen |
| **Cc:** | Hill Alvena Y |
| **Subject:** | SB/SE probationary employees |
| **Importance:** | High |

SB/SE friends,

It has come to my ears that 3,500 SB/SE probationary employees will be fired by the end of the week unless a federal court enters an injunction.

This is heartbreaking and unjust.

Please take the time left to get your records printed down and print the information I sent you. You can reach me with questions at my personal email address bilboj1@msn.com. My union email john.b.siegmund@nteu48.org or IRS: john.b.siegmund@irs.gov

This fight is not over and this injustice will not go unanswered.

I am sorry I couldn't do more at this time.

John B. Siegmund
NTEU Chapter 48 President
LB&I, Sr. Revenue Agent
Phone: 804-916-8012
Efax: 888-223-3516

**NO PASARAN!**



