# Thornock Rebecca J

| | |
|---|---|
| **From:** | *Probationary2 |
| **Sent:** | Thursday, February 20, 2025 4:20 PM |
| **To:** | Thornock Rebecca J |
| **Subject:** | Notification of Termination During Probationary Period |
| **Attachments:** | Resources for Probationary Employees.docx |
| **Importance:** | High |

Personally Identifiable Information (PII): Share only with authenticated authorized persons with need to know.

MEMORANDUM FOR **THORNOCK, REBECCA JANE, Internal Revenue Agent**, INTERNAL REVENUE SERVICE

SUBJECT: Notification of Termination During Probationary Period

REFERENCES:

- 5 U.S.C. § 7511
- 5 U.S.C. § 3321(a)
- 5 C.F.R. §§ 315.803 and 804
- 5 C.F.R. § 316.304
- IRM 6.315.2, Probationary Period for Career and Career-Conditional Employment

This is to provide notification that the Agency is removing you from your position of **Internal Revenue Agent** and federal service consistent with the above references.

On **12/2/2024**, the Agency appointed you to the position of **Internal Revenue Agent**. As documented on your appointment Standard Form 50 (SF-50), your appointment is subject to a probationary/trial period. The agency also informed you of this requirement in the job opportunity announcement for the position.

Guidance from the Office of Personnel Management ("OPM") states, "An appointment is not final until the probationary period is over," and the probationary period is part of "the hiring process for employees."[1] "A probationer is still an applicant for a finalized appointment to a particular position as well as to the Federal service."[2] "Until the probationary period has been completed," a probationer has "the burden to demonstrate why it is in the public interest for the Government to finalize an appointment to the civil service for this particular individual."[3]

In its January 20, 2025, memorandum entitled *Guidance on Probationary Periods, Administrative Leave and Details*, OPM advised that "[p]robationary periods are an essential tool for agencies to assess employee performance and manage staffing levels." Based on that guidance, taking into account your performance, and in light of current mission needs, the Agency finds that your continued employment at the Agency is not in the public interest.

1

For these reasons, I regrettably inform you that I am removing you from your position of **Internal Revenue Agent** with the agency and the federal civil service effective **Thursday, February 20, 2025.**

You may have a right to file an appeal with the Merit Systems Protection Board (MSPB) on the limited grounds set forth in 5 C.F.R. § 315.806. Any such appeal must be filed within 30 days of the effective date of this decision or 30 days after the date of your receipt of this decision, whichever is later. You should review MSPB regulations at 5 C.F.R. §§ 1201.14 and 1201.24 for instructions on how to file an electronic appeal and content requirements of the appeal, respectively. For more information, please visit www.mspb.gov and search for your local MSPB regional or field office.

In addition to any right you may have to appeal to the MSPB or the EEOC, you may also have the right to file charges or complaints with the Federal Labor Relations Authority (FLRA), Office of Special Counsel (OSC), OPM or other federal agencies if you believe your rights have been violated and your claims are within their jurisdiction.

If you believe your probationary designation was erroneous, please contact probationers_dashr@treasury.gov.

We appreciate your service to the Agency and wish you the greatest of success in your future endeavors. If you have any questions, please contact the Employee Resource Center at 1-866-743-5748 or send an email to separation@irs.gov.

1. OPM, Practical Tips for Supervisors of Probationers.
2. See U.S. Merit Systems Protection Board Report to the President and Congress, The Probationary Period: A Critical Assessment Opportunity (August 2005)
3. Id.

**Please do not reply to this email as the message will not be received. Contact the ERC or email separation@irs.gov.**



# *Probationary2

📞 Start audio call   💬 Start chat   ✉ Send email   ⋯

| Overview | Contact | Organization | Memberships |

## Contact information

Status
Presence unknown - Free for next 8 hours

✉ Email
probationary2@irs.gov

💬 Chat
probationary2@irs.gov

## Organization

We don't have the details to show the organization chart for *Probationary2. Organization details are provided by your admin or human resources department.



Focused   Other

< Today

ServiceNotice@fsa
[EXT] Account Activity Aler

eopf-noreply-irs@
[EXT] eOPF Password Req
Subject: eOPF Password R

eopf-noreply-irs@
[EXT] eOPF Login Request
Subject: Request eOPF ID

BEARS@irs.gov
Changes to your identity
spadmin requested the

Piercy Adriane M
FW: Equipment
Hi Rebecca. Are you comi

*Probationary2
Notification of Termination
Personally Identifiable

*IRS Human Capita
Access issue for Electronic