IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

REBECCA THORNOCK,
        Plaintiff,

v.                                                          Civil Action No. 3:25cv134

INTERNAL REVENUE SERVICE, *et al.*,
        Defendants.

## **ORDER**

This matter comes before the Court on an emergency motion for temporary restraining order ("TRO") and preliminary injunction filed by the *pro se* plaintiff, Rebecca Thornock, on February 21, 2024. (ECF No. 2.) In her motion, Thornock claims, among other things, that the defendants violated her due process rights by terminating her employment without taking the proper steps. She also claims that her termination occurred in retaliation for the filing of a civil suit within the United States District Court for the Eastern District of Virginia that her husband brought against Bedford County. *See Thornock v. Bedford County*, Case No. 3:25cv57. On February 24, 2025, the Court held a conference call in this matter to set a hearing date and direct briefing.

As discussed on the call, it is clear that President Trump did not order the termination of all the probationary employees within the Department of Treasury because of Thornock's husband's suit against Bedford County. Accordingly, the Court DENIES Thornock's motion for a TRO and preliminary injunction to the extent that she claims the IRS terminated her in retaliation for her husband's lawsuit against Bedford County. The Court SCHEDULES a hearing on the remaining issues raised in her motion on **Monday, March 17, 2025, at 9:00 a.m.** The Court DIRECTS Thornock to file her brief, including all documentation that she has regarding her

termination, no later than **Monday, March 3, 2025**. The government SHALL respond no later than **Monday, March 10, 2025**. Thornock may file a response to the government's brief no later than **Thursday, March 13, 2025**. The Court DIRECTS the parties to serve their briefs to the other party through email, in addition to filing the briefs on the docket.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to Thornock, the *pro se* plaintiff.

Date: 24 February 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

2