IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

REBECCA THORNOCK,
        Plaintiff,

v.                                                Civil Action No. 3:25cv134

INTERNAL REVENUE SERVICE, *et al.*,
        Defendants.

## ORDER

This matter comes before the Court on an emergency motion for temporary restraining order ("TRO") and preliminary injunction filed by the *pro se* plaintiff, Rebecca Thornock, on February 21, 2024. (ECF No. 2.) In her motion, Thornock claimed, among other things, that the defendants violated her due process rights by terminating her employment without taking the proper steps. She also claimed that the defendants terminated her employment because her husband filed a civil suit against Bedford County, Virginia in this Court. *See Thornock v. Bedford County*, Case No. 3:25cv57 (E.D. Va.).

On February 24, 2025, the Court held a conference call in the matter to set a hearing date and direct briefing. The Court denied Thornock's motion for a TRO and preliminary injunction to the extent that she claimed the Internal Revenue Service ("IRS") terminated her in retaliation for her husband's lawsuit against Bedford County. The Court scheduled a hearing on the remaining issues raised in Thornock's motion for March 17, 2025, which the Court held as scheduled.

Upon due consideration, and for the reasons stated at the hearing, the Court GRANTS a preliminary injunction, (ECF No. 2), and DIRECTS the IRS to reinstate Thornock to her position, effective **Tuesday, March 18, 2025, at 10:00 a.m.** Two United States District Courts in

Maryland[1] and California[2] have granted preliminary relief that effectively reinstates Thornock to her position. This Court will not overturn those decisions. But, if the TRO and preliminary injunctions in both of those cases are vacated or the appellate courts reverse those decisions, then the preliminary injunction entered here will terminate within 48 hours of whichever ruling comes later. The Court DIRECTS the government to keep it apprised of any developments in the Maryland and California cases.

Additionally, for the reasons stated from the bench, the Court GRANTS Thornock's motion to recognize delayed filing due to court closure, (ECF No. 5); DENIES AS MOOT Thornock's motion to accept Temporary Retraining Order as filed on February 19, 2025, (ECF No. 4); DENIES Thornock's motion to reconsider the retaliation claim, (ECF No. 12); GRANTS Thornock's motion to supplement the record regarding ongoing retaliation, (ECF No. 16); DENIES Thornock's motion for sanctions against defense counsel, (ECF No. 14); DENIES AS MOOT Thornock's motion for expedited ruling, (ECF No. 13); and DENIES Thornock's motion for a refund of the filing fee and request for court-covered service costs due to court delay, (ECF No. 15).

The Court additionally DIRECTS the parties to file any motions for summary judgment on or before **May 16, 2025**. The non-moving party then has ten (10) days from the filing of a motion for summary judgment to file a response to the motion for summary judgment. The moving party then will have three (3) days from the filing of the response to file a rebuttal. The Court DIRECTS Thornock to include in her motion for summary judgment, if she chooses to file one, any arguments

---

[1] *See Maryland et al. v. Dep't of Agric. et al.*, Civil Case No. 1:25cv748 (D. Md.).

[2] *See Am. Fed'n of Gov't Emps., et al. v. U.S. Office of Pers. Mgmt. et al.*, Civil Action No. 3:25cv1780 (N.D. Cal.).

supporting her motion to clarify that administrative exhaustion is not required, (ECF No. 6). The Court also SCHEDULES a bench trial in this matter for **September 8, 2025**, starting at **9:00 a.m.**

Should any party use artificial intelligence to prepare any filing, they must identify that they have used artificial intelligence in the filing and certify that they have reviewed all citations for accuracy.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to Thornock, the *pro se* plaintiff.

Date: 17 March 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge