
# Fwd: IRS 2025 voluntary separation offers open April 7 – 14

**\*Probationary** <Probationary@irs.gov>  Tue, Apr 8, 2025 at 10:26 AM

As we announced on Friday, the IRS has begun implementing a Reduction in Force (RIF) that will result in staffing cuts across multiple offices and job categories. As part of this RIF, IRS is partnering with Treasury to offer three voluntary separation programs:

- **Treasury Deferred Resignation Program (TDRP 2.0):** Treasury is offering a second and final Deferred Resignation Program with applications accepted Monday, April 7, 2025, through Monday, April 14, 2025. The Treasury sponsored Deferred Resignation Program (TDRP) will mirror the benefits of the first offering including paid administrative leave through September 30, 2025. Employees who elect this program will offboard no later than September 30, 2025, unless they choose to offboard sooner. Should you be eligible for Voluntary Early Retirement Authority (VERA) after September 30, 2025, but before December 31, 2025, you may select to retire, and your separation date will be the earliest date on which you are eligible to retire. Employees who participate in DRP 2.0 may elect to resign, optionally retire, or take VERA.

- **Voluntary Separation Incentive Payment (VSIP):** IRS is offering VSIP to eligible employees. Employees electing VSIP must offboard no later than May 31, 2025, unless noted below. Administrative leave will not be offered to VSIP participants. Employees may elect to resign, optionally retire, or take VSIP+VERA but you must be eligible for optional retirement or VERA by the May 31, 2025, off-rolls date (or July 31, 2025, for Taxpayer Services).

- **Voluntary Early Retirement Application (VERA):** Employees enrolling in DRP or VSIP, may also elect VERA. Employees who are at least age 50 with at least 20 years of creditable federal service, or any age with at least 25 years of creditable federal service, are eligible for VERA. *Note: To take VERA without VSIP, you must enroll in DRP and will remain on administrative leave until September 30, 2025, unless you become eligible for VERA between October 1 and December 31, 2025. Then your separation date will be the date on which you are eligible to retire.*

These programs will be open to all IRS employees with the limits and exceptions outlined below:

- Series 1811 in CI are not eligible to participate in DRP, VSIP or VERA. Series 1801, 1515 and 1550 in CI are not eligible to participate in VSIP.
- Employees enrolled in DRP 1 or who elect to enroll in DRP 2, may not receive a VSIP.
- Series 930 in the Independent Office of Appeals are limited to 168 VSIP enrollees. If there are more than 168 applicants, they will be approved by Service Computation Date. There is no limit for DRP enrollment.
- Taxpayer Services employees who enroll in VSIP and DRP may not off-roll until June 30, 2025.

**How to enroll:**

If you would like to apply for DRP or VSIP, after carefully reviewing the eligibility requirements below, you must follow the appropriate directions on how to enroll.

Treasury has developed an online portal for employees to submit their application for the TDRP and VSIP. The Deputy

Assistant Secretary for Human Resources in partnership with the Chief Information Officer, have developed an online portal for employees to submit their application for the TDRP.

The online portal can be accesses at https://portal.treasury.gov/tdrp. You will be required to authenticate into the portal via ID.me.

- Additional information regarding the program including answers to frequently asked questions are available within the portal. Upon submission of your application, you will be sent an email confirmation of submission.
- VSIP estimates will be available on the portal.
- Additional communications will be emailed to you and include a link to a copy of your Deferred Resignation or VSIP Agreement for signature via **DocuSign** once you are at that step in the process.

**Eligibility Requirements:**

**VERA** offers apply to employees covered under both the Civil Service Retirement System (CSRS) and the Federal Employees Retirement System (FERS). When an agency has received VERA approval from OPM, an employee who meets the general eligibility requirements may be eligible to retire early. The employee must:

1. Meet the minimum age and service requirements:
    - At least age 50 with at least 20 years creditable federal service, **or**
    - Any age with at least 25 years creditable federal service;
2. Have served in a position covered by the OPM authorization for the minimum time specified by OPM (usually 30 days prior to the date of the agency request);
3. Serve in a position covered by the agency's VERA plan; and
4. Separate by the close of the early-out period.

When an agency has received approval from OPM to offer **VSIPs**, any employee (as defined in 5 U.S.C. 2105) who meets these general eligibility requirements may receive an offer. The employee must:

1. Be serving in an appointment without time limit;
2. Be currently employed by the Executive Branch of the federal government for a continuous period of at least 3 years;
3. Be serving in a position covered by an agency VSIP plan (i.e., in the specific geographic area, organization, series and grade);
4. Apply for and receive approval for a VSIP from the agency making the VSIP offer; and
5. Not be included in any of the ineligibility categories listed below.

Employees in the following categories are not eligible for a VSIP if they:

1. Are reemployed annuitants;
2. Have a disability such that the individual is or would be eligible for disability retirement;
3. Have received a decision notice of involuntary separation for misconduct or poor performance;
4. Previously received any VSIP from the federal government;
5. During the 36-month period preceding the date of separation, performed service for which a student loan repayment benefit was paid, or is to be paid;
6. During the 24-month period preceding the date of separation, performed service for which a recruitment or relocation incentive was paid, or is to be paid; and
7. During the 12-month period preceding the date of separation, performed service for which a retention incentive was paid, or is to be paid.

**Deadlines:**

- **DRP:** You must enroll by **11:59pm ET on April 14, 2025.** Signed agreements must be completed in the Treasury portal within two business days of your eligibility notification. (Employees over 40 years of age must still enroll by the deadline but maintain their right to 45 days to consider the terms of and sign the DRP 2.0 agreement. Employees over 40 could, at the employee's sole discretion, sign the agreement at any time prior to the expiration of the 45 days. After signing and dating the agreement, the employees retain the right to revoke the agreement for 7 days.) Employees may resume their previous telework or remote work schedule once they've signed their DRP 2.0 agreement until they begin administrative leave. HCO will manage all HR Connect actions.

- **VSIP:** You must indicate interest by **11:59pm ET on April 14, 2025.** Your signed agreement must be uploaded into the Treasury portal within two business days. There are no exceptions to the VSIP agreement deadline requirements and no right to revoke. When your agreement is signed and submitted, you cannot un-enroll from this program. Employees may resume their previous telework or remote work schedule once their signed agreement is submitted until their off-roll date.

Failure to adhere to these deadlines will render you ineligible to participate.

**Employees are not eligible to receive a VSIP and participate in DRP.** If you submit signed agreements for both programs, you will be defaulted to DRP. Additionally, if you fail to indicate VSIP interest and later decide not to participate in VERA/VSIP or VSIP, the DRP program deadline will not be extended to accommodate late enrollees.

Employees enrolled in these programs will remain in their respective RIF competitive areas until they submit their signed agreement for DRP or VSIP. If a RIF is conducted in your competitive area before you submit a signed agreement, you may be impacted by the RIF. HCO will update records for employees who submit signed agreements within one pay period, and they will no longer be subject to the RIF.

**Support:**

- Many of the Frequently Asked Questions about the DRP and VSIP program are available on the https://portal.treasury.gov/tdrp portal. Additional IRS FAQs will be posted on the Separation Resources and Employee Emergency News sites.
- For TDRP portal or DocuSign technical support, please contact the help desk at TDRP_IT_Support@treasury.gov.
- For ID.me technical support, please click on the following link: ID.me Support.
- For general questions regarding TDRP, VSIP, and retirement eligibility please send an email to separation@irs.gov.
- If you need to update the contact information we have on file for you, contact the Employee Resource Center (ERC) by calling the **Operations Support Customer Assistance Line: 1-866-743-5748, Option 1**, and then select the appropriate menu item.