FILED: June 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1518
(3:25-cv-00134-JAG)

_____

REBECCA THORNOCK

       Plaintiff - Appellant

v.

INTERNAL REVENUE SERVICE, (IRS); DANIEL I. WERFEL, IRS Commissioner, in his official capacity; JOHN DOE, IRS Officials

       Defendants - Appellees

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk